IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE M. MANZO-URBINA,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

12-cv-7-bbc

DOUGLAS L. McLEAN and
ATTY. ANTHONY C. DELYEA,

Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for failure to state a claim upon which relief may be granted.

Peter Oppeneer
Peter Oppeneer, Clerk of Court

3/26/12
Date